**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

# NOTICE OF CASE FILING

Date Case filed: **November 12, 2026**

Style of Case: **Brandon Barnes**
**v.**
**Halsted Financial Services, LLC**

Case number: **4:26−cv−09931**

District Judge assigned: **Judge Ewing Werlein, Jr.**

Nature of Claim: **Other NOS 480**

*Please write or type the civil action number on the front of all letters and documents.*
*Address all mail to:*

**United States District Clerk's Office**
**P.O. Box 61010**
**Houston, TX 77208−1010**

*The case will be handled in the ordinary course of the Court's work. Writing to the Court to ask about your case will only SLOW the process.*

Date: November 13, 2026

Nathan Ochsner, Clerk
By: A. Coyt , Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Brandon Barnes | § | |
| | § | |
| *versus* | § | Case Number: 4:26−cv−09931 |
| | § | |
| Halsted Financial Services, LLC | § | |

# NOTICE REGARDING CONSENT TO JURISDICTION OF A MAGISTRATE JUDGE

This Notice is to remind Parties of their right to consent to the jurisdiction of a Magistrate Judge to preside over all proceedings, including trials, and enter a final judgment in the same manner as a District Judge. Consent to the jurisdiction of Magistrate Judges improves the efficiency of the courts. The Judges of this Court encourage parties to consent to the jurisdiction of Magistrate Judges pursuant to 28 U.S.C. § 636(c).

Upon all parties' consent, the case will be transferred to the Magistrate Judge assigned to this case who will assume all the duties and powers of the District Judge, including the power to preside over jury trials and enter final judgment.

All parties are free to consent or withhold consent to Magistrate Judge jurisdiction without any adverse consequences.

Absent the parties' mutual consent to Magistrate Judge jurisdiction, District Judges may still refer any or all pretrial matters to Magistrate Judges pursuant to 28 U.S.C. § 636(b).

If all parties choose to consent, please execute the attached Consent form, and file it with the Clerk of Court. If all parties do not consent, no further action is necessary.

Date: November 13, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ______________________________, | § | |
| | § | |
| Plaintiff(s), | § | |
| | § | |
| v. | § | Civil Action No. _______________ |
| | § | |
| ______________________________, | § | |
| | § | |
| Defendant(s). | § | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a United States District Judge and consent to have a United States Magistrate Judge preside over all further proceedings, including the trial and entry of final judgment pursuant to 28 U.S.C. § 636(c).

____________________________________ ____________________________________

____________________________________ ____________________________________

____________________________________ ____________________________________

## ORDER OF TRANSFER TO MAGISTRATE JUDGE

This case is transferred to United States Magistrate Judge

__________________________________________________

to conduct all further proceedings, including final judgment.

____________________ ____________________________________

Date United States District Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Brandon Barnes | § | |
| | § | |
| | § | |
| *versus* | § | Civil Action 4:26−cv−09931 |
| | § | |
| | § | |
| Halsted Financial Services, LLC | § | |

# Clerk's Notice Regarding Electronic Service

## Important Information for People Representing Themselves Without a Lawyer

### Receive Court Notices by Email

The United States District Court for the Southern District of Texas offers eligible self-represented (pro se) litigants the option to receive automatic email notifications (electronic service or e-service) when documents are filed in your case.

**Consent to e-service is optional.** If you do not consent to e-service, you will continue to receive court notices and documents through the U.S. Mail.

### Why Should I Consent to E-Service?

By consenting to e-service, you will receive Notice of Electronic Filing (NEF) emails as soon as documents are filed in your case, allowing you to receive court notices more quickly and avoid delays associated with postal mail. E-service helps you stay informed about important activity in your case.

### What to Know If You Consent to E-Service

If you choose to consent to e-service:

- You will no longer receive paper copies of court-filed or party-filed documents in your case.
- You will receive a Notice of Electronic Filing (NEF) email whenever a docket entry is made in your case. The NEF includes the case number, case name/style, and the text of the docket entry.
- If a document is filed with that docket entry, the NEF will include a hyperlink to the document.
- You may view each filed document one time without charge by using the hyperlink in the NEF within 15 days after the notice is sent. You should download or print the document the first time you view it.
- After your free view has been used or 15 days have passed, access to the document requires a PACER account and applicable PACER fees may apply.
- **Consenting to e-service does not authorize you to file documents electronically.** Separate approval from the presiding judge is required to electronically file.
- You are still responsible for serving documents you file on the other parties in your case as required by the applicable rules.
- You must promptly notify the Court if your email address changes.

**E-Service Is Different From Electronic Filing**
Receiving electronic notices **does not** authorize you to file documents electronically.

Unless the Court separately grants you permission to file documents electronically, you must continue filing documents with the Clerk's Office in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

**Who May Consent**
You may consent to e-service in your case if:

- you are representing yourself (you do not have an attorney representing you in your case); and
- you are not currently incarcerated.

**How to Consent to E-Service**
Before consenting to e-service, be sure you have read this entire form to ensure you are qualified and that you understand the effects of your consent. If you still want to consent, complete and sign the attached **Consent by Self-Represented Litigant to Receive Notice of Electronic Filing (NEF)** and return it to the Clerk's Office.

Date: November 13, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**Case Number 4:26−cv−09931**

**Case Name/Style Barnes v. Halsted Financial Services, LLC**

## Consent By Self-Represented Litigant to Receive Notice of Electronic Filing (NEF)

I, ___________________________________, am a self-represented (*pro se*) party in the above-captioned case, and I voluntarily consent to receive Notice of Electronic Filing (NEF) emails for all orders, notices, and documents that may be provided to me electronically under the applicable Federal Rules and the Local Rules of this Court.

By signing this form and providing my email address,

- I agree to waive my right to receive service by mail pursuant to Fed. R. Civ. P. 5(b) and Fed. R. Bankr. P. 9036. I understand that I will no longer receive paper copies of documents filed in this case and that notices and documents will instead be provided through Notice of Electronic Filing (NEF) emails.
- I understand that it is my responsibility to keep my email address and mailing address current by promptly notifying the Clerk's Office of any changes pursuant to Local Rule 83.4. I am also responsible for ensuring that my email account can receive messages from the Court, including configuring any spam filters or other email security settings.
- I understand that consenting to e-service does not authorize me to file documents electronically. Separate permission from the Court is required before I may electronically file documents.
- I understand that I may view each filed document one time without charge by using the hyperlink in the Notice of Electronic Filing (NEF) email within 15 days after the notice is sent. I understand that I should download or print the document during this free access period. After the free look has been used or 15 days have passed, access to the document requires a PACER account and applicable PACER fees may apply. Further information on viewing court records can be found here: https://www.txs.uscourts.gov/page/case-search.

| | |
|---|---|
| ______________________________ Signature | ______________________________ Date Signed |
| ______________________________ Printed Name | ______________________________ Mailing Address Line 1 |
| ______________________________ Email Address | ______________________________ Mailing Address Line 2 |
| ______________________________ Telephone Number | ______________________________ City, State Zip Code |