United States District Court
Southern District of Texas
**ENTERED**
November 16, 2026
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| RECUSAL ORDER | Case Number CA H-26-9931 |
|---|---|
| Style | **Barnes v. Halsted Financial Services, LLC** |
| ORDER | I stand recused in this case.<br>Deadlines in scheduling orders continue in effect.<br>Court settings are vacated. |

Signed:

Ewing Werlein, Jr.,
United States District Judge

Date: November 16, 2026