**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Brandon Barnes | § | |
| | § | |
| | § | |
| *versus* | § | Civil Action 4:26−cv−09931 |
| | § | |
| | § | |
| Halsted Financial Services, LLC | § | |

# Notice of Reassignment

This case is reassigned to Judge Nicholas J Ganjei.

Entered: November 16, 2026

Nathan Ochsner, Clerk